

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 891010
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
CHRISTINA M. BROWN
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>TRIMALE DWAYNE SHERIDAN,<br><br>            Defendant. | Case No.   2:14-mj-0360-NJK<br><br>MOTION AND ORDER TO SEALED COMPLAINT |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and CHRISTINA M. BROWN, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint in the above captioned matter.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation. The Government submits that disclosure of the information might possibly jeopardize the investigation. The Government submits that its right to secrecy far outweighs the public's right to know.

DATED this __21__ day of May, 2014.

DANIEL G. BOGDEN
United States Attorney

*/s/ Christina M. Brown*
CHRISTINA M. BROWN
Assistant United States Attorney

1

FILED

May 21   2 01 PM '14

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:14-mj-0360-NJK |
| Plaintiff, | ORDER TO SEALED COMPLAINT |
| vs. | |
| TRIMALE DWAYNE SHERIDAN, | |
| Defendant. | |

Based on Government's Motion to Seal Complaint in the above-captioned matter and good cause appearing, therefore;

IT IS SO ORDERED that the Complaint be sealed.

DATED this 21st day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

1